IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CHARLES LOUIS,

    Plaintiff,

v.

STEVE UPTON, Warden; LISA J.
BOSEMAN, Medical Director;
Ms. HOLLOWAY, Medical Escort
Supervisor; Ms. FLEMMING;
Ms. DOTSON; Mr. PENN; JOHN
PAUL, Deputy Warden; JOHN DOE;
and JANE DOE,

    Defendants.

CIVIL ACTION NO.: CV610-060

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants in their official capacities and his claims against Defendants John Doe and Jane Doe are **DISMISSED**. Plaintiff's request for injunctive relief is **denied**.

SO ORDERED, this ____ day of _____, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)