IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CHARLES LOUIS,

    Plaintiff,

v.

STEVE UPTON, Warden; LISA J.
BOSEMAN, Medical Director;
Ms. HOLLOWAY, Medical Escort
Supervisor; VICKI FLEMING;
TRELLIS DOTSON; DICKIE PENN;
and JOHN PAUL, Deputy Warden,

    Defendants.

CIVIL ACTION NO.: CV610-060

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 55), to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

There are no claims against "Shirley Holloway" in this case. However, Plaintiff's claims against "Ms. Holloway, Medical Escort Supervisor at Georgia State Prison" remain pending.

**SO ORDERED**, this 26th day of April, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)