IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CHARLES LOUIS,

    Plaintiff,

v.

Ms. HOLLOWAY, Medical Escort Supervisor,

    Defendant.

CIVIL ACTION NO.: CV610-060

## ORDER

By Order dated September 1, 2010, the Court directed service upon Defendants by the United States Marshal. The Marshal filed a Receipt and Return of Service on December 17, 2010, showing that "Shirley Holloway, at Wheeler State Prison" had been served with Plaintiffs complaint. (Doc. No. 31). Shirley Holloway filed an Answer to the Complaint and a Motion for Summary Judgment in which she asserted that she was not the "Ms. Holloway, Medical Escort Supervisor" at Georgia State Prison, that she had never been to Georgia State Prison, and had never had any interaction with the Plaintiff. (Doc. Nos. 37, 39). On February 4, 2011, the Court again directed service of the complaint upon "Ms. Holloway, Medical Escort Supervisor" at Georgia State Prison. On May 2, 2011, the Marshal's Receipt and Return of Service was unexecuted stating that "Ms. Holloway was no longer at GSP - No forwarding address." (Doc. No. 72). By Order dated May 5, 2011, Plaintiff was given until May 26, 2011, to provide an adequate address where Ms. Holloway could be served. That deadline has been extended two additional times up to July 20, 2011.

AO 72A
(Rev. 8/82)

Plaintiff has not adequately responded to the May 5, 2011, Order, and Defendant Holloway has not been served with the complaint as required. Accordingly, Plaintiff's claims against "Ms. Holloway, Medical Escort Supervisor" are **dismissed** without prejudice. The Clerk is authorized and directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 16th day of August, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)